1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD WALKER,

11          Petitioner,                      No. CIV S-07-1178 MCE GGH P

12      vs.

13   D.K. SISTO, et al.,

14          Respondents.                     ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On September 7, 2007, respondent filed a motion for a

18   more definite statement.  Respondent requests that petitioner be ordered to file an amended

19   petition wherein he states each claim, describes what each claim is, and provides supporting

20   factual information.

21          On September 26, 2007, petitioner filed a response to respondent's motion.

22   Petitioner states that he "agrees to join in the motion in the interest of clarity."  Response, p. 2.

23   The court construes petitioner's response as a statement of non-opposition to respondent's

24   motion.

25   /////

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  Respondent's September 7, 2007, motion for a more definite statement is

3  granted;

4    2.  Petitioner is granted thirty days to file an amended petition; respondent's

5  response is due thirty days thereafter; petitioner may file a reply thirty days thereafter.

6  DATED:   12/6/07

      /s/ Gregory G. Hollows

7  _____

      UNITED STATES MAGISTRATE JUDGE

8

9

10  walk1178.mot

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26